IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2009 JAN 25 A 11: 04

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: CR207-52 |
| JOSEPH GARCIA, a/k/a Joe Gold | |

## ORDER

The Probation office filed a petition seeking to have the pretrial release of Joseph Garcia revoked. The revocation hearing was scheduled for January 24, 2008. Defendant's counsel announced that Defendant does not contest, at this time, the revocation of his pretrial release. Accordingly, the pretrial release of Defendant Garcia is **revoked** and he shall be held in the custody of the United States Marshals Service.

**SO ORDERED**, this 25th day of January, 2008.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)